Trumbull 000046

RUN DATE: 5/11/2017
RUN TIME: 7:12 AM

## TRUMBULL COUNTY JUSTICE CENTER
## SHERIFF'S OFFICE (JAIL DIVISION)
## MEDICAL QUESTIONNAIRE

INMATE NAME: WRIGHT, GREGORY L.          BOOKING # 326997
JAIL ID: 16104          POD: FLOOR 3A          CELL: 3A104

|    | YES | NO | QUESTION | ANSWER |
|----|-----|----|----|----|
| 1. | ☐ | ☒ | ANY COMPLAINT OF SORE THROAT OR CONTAGIOUS INFECTION ? | |
| 2. | ☐ | ☒ | IS INMATE ON A SPECIAL DIET PRESCRIBED BY A DOCTOR? | |
| 3. | ☒ | ☐ | IS INMATE CURRENTLY TAKING MEDICATIONS? | XARELTO |
| 4. | ☒ | ☐ | IS INMATE UNDER DOCTOR'S CARE? | DR. DOUGLAS DUNLAP |
| 5. | ☒ | ☐ | HAS HE/SHE BEEN HOSPITALIZED RECENTLY? | 2 WEEKS AGO ST JOES, BLOOD CLOTS IN LEGS |
| 6. | ☐ | ☒ | DOES HE/SHE HAVE A HISTORY OF VD OR ABNORMAL DISCHARGE? | |
| 7. | ☐ | ☒ | IS INMATE HIV+? | |
| 8. | ☒ | ☐ | IS INMATE ALLERGIC TO ANY MEDICATIONS OR FOOD | VEGITARIAN |
| 9. | ☐ | ☒ | HAS INMATE FAINTED OR HAD A HEAD INJURY RECENTLY? | |
| 10. | ☐ | ☒ | IS THERE A HISTORY OF TB, HEPATITUS, EPILEPSY, OR DIABETES ? | |
| 11. | ☐ | ☒ | DOES INMATE HAVE A PAINFUL DENTAL CONDITION, FALSE TEETH, ETC. ? | |
| 12. | ☐ | ☒ | IS INMATE PREGNANT ? | |
| 13. | ☐ | ☒ | IS INMATE ON BIRTH CONTROL ? | |
| 14. | ☐ | ☒ | DOES INMATE HAVE ANY PHYSICAL HANDICAPS ? | |
| 15. | ☒ | ☐ | DOES INMATE HAVE OTHER MEDICAL CONDITIONS THE JAIL SHOULD KNOW ABOUT ? | BLOOD CLOTS IN BOTH LEGS |
| 16. | ☐ | ☒ | DOES INMATE HAVE ANY OTHER MEDICAL/DENTAL INSURANCE ? | |
| 17. | ☐ | ☒ | DOES INMATE SUFFER FROM SHORTNESS OF BREATH, CHRONIC COUGH, PRODUCTION OF SPUTUM, BLOOD IN SPUTUM, NIGHT SWEATS, CHEST PAIN, WEIGHT LOSS, LOSS OF APPETITE OR WEAKNESS ? | |
| 18. | ☐ | ☐ | OFFICER NOTES | |

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

INMATE SIGNATURE: _____          DATE _____ TIME _____

OFFICER SIGNATURE: _____          DATE _____ TIME _____

MEDICAL STAFF: _____          DATE _____ TIME _____



DEFENDANT'S EXHIBIT B

Run Date: 5/11/2017 7:12:31 AM

Page 1 of 1

**EXHIBIT A**

Trumbull 000046

Trumbull 000047

## Trumbull County Adult Justice Center
## Medical Pre-Screening Form

| Date: | 05/03/2017 | Time: | 10:35 | SSN: | | DOB: | |
|---|---|---|---|---|---|---|---|
| Last Name: | WRIGHT | First Name: | GREGORY | Middle Init.: | | L | |

Booking Officer Observations / Questions:

| | Yes | No |
|---|---|---|
| 1) Are there obvious injuries or ailments that would create the need for hospital clearance before the inmate can be accepted? | ☐ | ☒ |
| 2) Are there minor injuries or conditions that require the jail nurses immediate attention? | ☐ | ☒ |
| 3) Does the inmate have any contagious diseases or infections? | ☐ | ☒ |
| 4) Is the inmate complaining of a medical condition? | ☒ | ☐ |
| 5) Is the inmate suicidal? | ☐ | ☒ |
| 6) Is the inmate on any medication? | ☒ | ☐ |
| 7) Does the inmate have any medication on his or her person? | ☒ | ☐ |
| 8) Has the subject taken any drugs that are not prescribed to the subject? | ☐ | ☒ |
| 9) Does the inmate appear to be under the influence of alcohol or is there an odor of alcohol? | ☐ | ☒ |
| 10) Does the inmate appear to be under the influence of any other drug? | ☐ | ☒ |
| 11) Does the inmate's behavior suggest a risk of assault to staff or other persons within the facility? | ☐ | ☒ |
| 12) Does the arrestee suffer from alcoholism? | ☐ | ☒ |

A) How many days per week does he or she drink alcohol? 0
B) How many alcohol drinks does he or she drink in a typical day? 0

What Department/Agency did you take custody from: _____

___ing Officers Name: _____

Officer performing Pre-Screen: 0

Assessed by medical staff: ☐ Yes ☐ No

Inmate Signature: _____
Date: 1/1/0001  Time: 12:00 AM

Officer: _____
Date: 1/1/0001  Time: 12:00 AM

Witnessed By: _____
Date: 1/1/0001  Time: 12:00 AM

Trumbull 000047

Trumbull 000048

RUN DATE: 5/11/2017
RUN TIME: 7:10 AM

# TRUMBULL COUNTY JUSTICE CENTER
## SHERIFF'S OFFICE (JAIL DIVISION)
### BOOKING INFORMATION

| INMATE NAME: | WRIGHT, GREGORY L. | | BOOKING # 326997 |
|---|---|---|---|
| JAIL ID: 16104 | | POD: FLOOR 3A | CELL: 3A104 |

| DOB | SSN | DL No | DL STATE | FBI/NCIC# | SID# | IMMIGRATION# |
|---|---|---|---|---|---|---|
|  |  |  | OHIO |  |  |  |

| STREET NO | STREET NAME | APARTMENT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 1756 | SHERIDAN |  | WARREN | OHIO | 44483 |

| COUNTY | COUNTRY | PHONE 1 | PHONE 2 | EMAIL |
|---|---|---|---|---|
|  | UNITED STATES | 3308982912 |  |  |

| BIRTH CITY | BIRTH STATE | RESIDENT CITY | RESIDENT STATE |
|---|---|---|---|
| WARREN | OHIO | WARREN | OHIO |
| BIRTH COUNTRY | CITIZENSHIP | LANGUAGE | MARITAL STATUS |
| UNITED STATES | UNITED STATES | ENGLISH | MARRIED |
| RELIGIOUS PREFERENCE | | MILITARY SERVICE | |
| Muslim | | NONE | |

| GENDER | RACE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|
| MALE | BLACK | 602 | 140 | BLACK | BROWN | MEDIUM | LIGHT BROWN |

Run Date: 5/11/2017 7:10:11 AM

Page 1 of 1

Trumbull 000048

Trumbull 000049

RUN DATE: 5/11/2017
RUN TIME: 7:11 AM

## TRUMBULL COUNTY JUSTICE CENTER
## SHERIFF'S OFFICE (JAIL DIVISION)
## VISUAL OBSERVATION



INMATE NAME: WRIGHT, GREGORY L.
JAIL ID: 16104
POD: FLOOR 3A
BOOKING # 326997
CELL: 3A104

| | YES | NO | QUESTION | ANSWER |
|---|---|---|---|---|
| 1. | ☐ | ☐ | PHYSICAL CONDITION AT INTAKE ? | FAIR |
| 2. | ☐ | ☒ | OBVIOUS PAIN, BLEEDING, OR OTHER SYMPTOMS SUGGESTING A NEED FOR EMERGENCY MEDICAL SERVICES ? | |
| 3. | ☐ | ☒ | VISIBLE SIGNS OF INJURY OR ILLNESS REQUIRING IMMEDIATE TREATMENT OR CARE ? | |
| 4. | ☐ | ☒ | APPEARS UNDER THE INFLUENCE OF ALCOHOL, OR EXHIBITS SIGNS ? | |
| 5. | ☐ | ☒ | APPEARS UNDER THE INFLUENCE OF BARBITUATES, HEROIN, OR OTHER DRUGS ? | |
| 6. | ☐ | ☒ | IS THERE ANY JAUNDICE ? (YELLOWING OF SKIN OR EYES) | |
| 7. | ☒ | ☐ | IS INMATE CARRYING ANY MEDICATIONS ? | XARALTO |
| 8. | ☐ | ☒ | TAKEN TO HOSPITAL PRIOR TO INTAKE ? | |
| 9. | ☐ | ☒ | DOES BEHAVIOR SUGGEST NEED FOR IMMEDIATE PSYCHIATRIC TREATMENT ? | |
| 10. | ☐ | ☐ | COMMENTS | |

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

INMATE SIGNATURE: _____ DATE _____ TIME _____

OFFICER SIGNATURE: _____ DATE _____ TIME _____

MEDICAL STAFF: _____ DATE _____ TIME _____

Run Date: 5/11/2017 7:11:45 AM

Page 1 of 1

Trumbull 000049

Trumbull 000050

RUN DATE: 5/11/2017
RUN TIME: 7:11 AM

# TRUMBULL COUNTY JUSTICE CENTER
## SHERIFF'S OFFICE (JAIL DIVISION)
### SOCIAL STRESS / SUICIDE RISK

| INMATE NAME: | WRIGHT, GREGORY L. | | BOOKING # 326997 |
|---|---|---|---|
| JAIL ID: 16104 | | POD: FLOOR 3A | CELL: 3A104 |

| | YES | NO | QUESTION | ANSWER |
|---|---|---|---|---|
| 1. | ☐ | ☒ | JOB LOSS ? | |
| 2. | ☐ | ☒ | MARITAL SEPARATION ? | |
| 3. | ☐ | ☒ | DEATH OF LOVED ONE ? | |
| 4. | ☐ | ☒ | LOSS OF BUSINESS ? | |
| 5. | ☐ | ☒ | ARREST OF LOVED ONE ? | |
| 6. | ☐ | ☒ | DIVORCE ? | |
| 7. | ☐ | ☒ | MAJOR FINANCIAL LOSS ? | |
| 8. | ☐ | ☒ | FIRST TIME OFFENDER ? | |
| 9. | ☐ | ☐ | OFFICER NOTES | |
| 10. | ☐ | ☒ | DO YOU HAVE ANY UNUSUAL HOME/FAMILY PROBLEMS WE SHOULD KNOW ABOUT ? | |
| 11. | ☐ | ☒ | HAVE YOU EVER BEEN IN A MENTAL INSTITUTION OR HAD PHYSCHIATRIC CARE ? | |
| 12. | ☐ | ☒ | HAVE YOU EVER ATTEMPTED SUICIDE ? | |
| 13. | ☐ | ☒ | ARE YOU CONTEMPLATING SUICIDE ? | |

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

INMATE SIGNATURE: _____ DATE _____ TIME _____

OFFICER SIGNATURE: _____ DATE _____ TIME _____

MEDICAL STAFF: _____ DATE _____ TIME _____

Trumbull 000050

Trumbull 000051

RUN DATE: 5/11/2017
RUN TIME: 7:12 AM

# TRUMBULL COUNTY JUSTICE CENTER
## SHERIFF'S OFFICE (JAIL DIVISION)
## OFFICER OBSERVATIONS

| INMATE NAME: | WRIGHT, GREGORY L. | | BOOKING # 326997 |
|---|---|---|---|
| JAIL ID: 16104 | | POD: FLOOR 3A | CELL: 3A104 |

| # | YES | NO | QUESTION | ANSWER |
|---|---|---|---|---|
| 1. | ☒ | ☐ | UNDERSTANDS QUESTIONS ? | |
| 2. | ☐ | ☒ | ASSAULTIVE/VIOLENT BEHAVIOR | |
| 3. | ☐ | ☒ | ANGRY HOSTILE BEHAVIOR ? | |
| 4. | ☐ | ☒ | LOUD/OBNOXIOUS BEHAVIOR ? | |
| 5. | ☐ | ☒ | UNUSUAL/SUSPICIOUS ? | |
| 6. | ☐ | ☒ | LIFELESS REACTION ? | |
| 7. | ☐ | ☒ | EYES RED OR BLOODSHOT ? | |
| 8. | ☐ | ☒ | SELF-INFLICTED INJURIES OR SCARS ? | |
| 9. | ☐ | ☒ | BIZARRE BEHAVIOR ? | |
| 10. | ☐ | ☒ | SEEING VISIONS ? | |
| 11. | ☐ | ☒ | HEARING VOICES ? | |
| 12. | ☐ | ☒ | WALKS WITH STAGGER ? | |
| 13. | ☐ | ☒ | NEEDLE MARKS ? | |
| 14. | ☐ | ☒ | TALKS WITH SLUR ? | |
| 15. | ☐ | ☒ | ODOR OF ALCOHOL ? | |
| 16. | ☐ | ☒ | UNCOOPERATIVE ? | |
| 17. | ☐ | ☒ | NON-TALKATIVE ? | |
| 18. | ☐ | ☒ | UNPLEASANT ? | |
| 19. | ☐ | ☒ | BLANK STARE ? | |
| 20. | ☐ | ☒ | PASSIVE ? | |
| 21. | ☐ | ☒ | DEPRESSED ? | |
| 22. | ☐ | ☒ | CONFUSED ? | |
| 23. | ☐ | ☒ | TIMID ? | |
| 24. | ☐ | ☒ | SHY ? | |
| 25. | ☐ | ☒ | FEMININE ? | |
| 26. | ☐ | ☒ | HOMOSEXUAL ? | |
| 27. | ☐ | ☐ | OFFICER NOTES | |

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

INMATE SIGNATURE: _____ DATE _____ TIME _____

OFFICER SIGNATURE: _____ DATE _____ TIME _____

MEDICAL STAFF: _____ DATE _____ TIME _____

Run Date: 5/11/2017 7:12:08 AM

Page 1 of 1

Trumbull 000051

Trumbull 000052

RUN DATE: 5-11-2017
RUN TIME: 7:14 AM

## TRUMBULL COUNTY JUSTICE CENTER
## SHERIFF'S OFFICE (JAIL DIVISION)
## INMATE LOG

| INMATE NAME: | WRIGHT, GREGORY L. | | BOOKING # 326997 |
|---|---|---|---|
| JAIL ID: 16104 | | POD: FLOOR 3A | CELL: 3A104 |

| LOG DATE | LOG TIME | LOG SUBJECT |
|---|---|---|
| 05/11/2017 | 07:14:17 AM | |
| COMMENTS A. Zadroski/ 1608 | | |