# PHYSICIANS ORDER FORM

## TRUMBULL COUNTY JAIL

| NAME / D.O.B. / ALLERGIES / DATE | ORDERS |
|---|---|
| NAME: Wright, Gregory<br>D.O.B.: [redacted]<br>ALLERGIES: Aspirin-ASA<br>DATE: 8-28-16 | 1.) Bactrim DS 800mg/160mg ⅰ PO BID x 10 days<br><br>TO Dr. Malvasi / R. Ballentine |
| NAME: Wright, Gregory<br>D.O.B.: [redacted]<br>ALLERGIES: ASA<br>DATE: 5·3·17 | 1.) Xarelto 20mg ① PO QD x 30 days<br>2.) Dsg ∆'s PRN x until healed<br><br>TO Dr. Malvasi / [signature] |
| NAME:<br>D.O.B.:<br>ALLERGIES: ASA<br>DATE: | |
| NAME:<br>D.O.B.:<br>ALLERGIES: ASA<br>DATE: | |
| NAME:<br>D.O.B.:<br>ALLERGIES: ASA<br>DATE: | |

Malvasi 000001



DEPOSITION EXHIBIT 2

**EXHIBIT B**