IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| ESTATE OF GREGORY WRIGHT<br>AND BARBARA WRIGHT, )<br>)<br>)<br>Plaintiffs, )<br>)<br>VS. )<br>)<br>TRUMBULL COUNTY BOARD OF )<br>COMMISSIONERS, ET AL., )<br>)<br>Defendants. ) | CIV. NO. 4:17-CV-002383<br><br><br><br><br>TRANSCRIPT OF PROCEEDINGS |

APPEARANCES:

          Lieutenant Eric Shay,
          Trumbull County Sheriff's Office

          Nurse Carla S. Ahart

    INTERVIEW of Nurse Carla S. Ahart, taken at the Trumbull County Sheriff's Office, 150 High Street, N.W., Warren, Ohio 44481, on the 16th Day of May 2017, to be used in the above cause of action, pending in the United States District Court for the Northern District of Ohio, Eastern Division.

- - -

**EXHIBIT C**

1    EXAMINATION OF NURSE CARLA S. AHART

2    BY LT. SHAY:

3         Q.      Today is May 16, 2017.  I am Lieutenant Shay.

4    I am here doing an Internal Investigation in reference to

5    an in-custody death of Gregory Wright which occurred on

6    May 5 of 2017.  Here with me I have medic -- or Nurse

7    Carla Ahart and she is the supervisor of the medical

8    unit.  And Carla, that's correct?

9         A.      Yes.

10        Q.      Okay.  Before we get started, just a couple

11   basic questions.

12        State your name for the record.

13        A.      Carla S. Ahart.

14        Q.      And can you spell your last name for us?

15        A.      A-H-A-R-T.

16        Q.      Okay.  And your position at the -- within

17   this -- within the medical unit is?

18        A.      Nursing supervisor.

19        Q.      Okay.  You've been employed with Dr. Malvasi

20   since?

21        A.      2001.

22        Q.      Okay.  And roughly, what shift do you work

23   predominantly?

24        A.      Dayturn.

25        Q.      Okay.  Do you work all three shifts a little

1  bit?

2      A.      A little bit of each shift.

3      Q.      Okay.  Were you working on May 3 of 2017?

4      A.      Yes.

5      Q.      That was the day that Mr. Wright entered our

6  facility?

7      A.      Yes.

8      Q.      Okay.  And you were summonsed to the booking

9  area as a result of his medical issues?

10      A.      Correct.

11      Q.      Okay.  Do you recall who called you over to

12  medical?

13      A.      No.

14      Q.      Okay.  When you entered the -- the booking

15  area to assess Mr. Wright, what was his general

16  condition?

17      A.      Stable.

18      Q.      Okay.  Was he carrying any medications?

19      A.      Yes.

20      Q.      Okay.  What was he carrying?

21      A.      Xarelto.

22      Q.      Okay.  Is that it?

23      A.      I believe so.

24      Q.      Okay.  Did he complain of any medical

25  conditions?

4

1     A.     Yes.

2     Q.     Okay.  What were they; do you recall?

3     A.     He said he had blood clots in his legs --

4 both legs.

5     Q.     Okay.

6     A.     He had a wound on his left -- or right leg --

7     Q.     Okay.

8     A.     -- that needed dressing that was wrapped up.

9 I didn't unwrap it at that time.

10     Q.     Okay.

11     A.     He -- I'm trying to think.  I think that's

12 it.

13     Q.     Okay.  Was there anything that you -- that

14 you noticed that made you feel that he was in need of

15 emergency medical care?

16     A.     No.  There was no distress noted.

17     Q.     Okay.

18     A.     He also did say that he used heroin.

19     Q.     Okay.

20     A.     And he used it that morning.

21     Q.     Before he came in the jail?

22     A.     Correct.

23     Q.     Okay.  So you had no need to take any

24 emergency action with him as a result of his medical

25 condition?

1       A.      No.

2       Q.      Was there -- okay, if somebody came into the

3   jail and they were a new prisoner and they had a medical

4   condition, how do you brief the other nursing staff as to

5   his condition?

6       A.      Well, we have shift reports.

7       Q.      Okay.

8       A.      We could write it on the shift report.  We

9   could do it verbally.

10      Q.      Okay.

11      A.      Or we have booking assessment forms that we

12  can fill out and they could look at.

13      Q.      So what are the duties when a person comes on

14  duty and somebody -- do they have, like, a chart that

15  they look?  Do you guys keep a ledger to see who came in

16  that's new?

17      A.      Only if they have medical conditions.

18      Q.      Okay.  Okay.  So in this case, would there

19  have been a chart or something stating that you have a

20  new person with these medical conditions?

21      A.      Yes.

22      Q.      And it would be the responsibility of the

23  people coming in to -- to check to see if somebody new

24  came in?

25      A.      Yes.

1      Q.      Okay.  So was inmate Wright placed on any

2  formal medical observation?

3      A.      No.

4      Q.      Okay.  So was there any additional rounds or

5  anything?  Did you suggest anything to the shift

6  supervisor -- anybody -- as far as his condition?

7      A.      No.

8      Q.      Okay.  So as far as -- to the best of your

9  knowledge, you passed on the information regarding

10  Mr. Wright and his condition to the other medical staff?

11      A.      Correct.

12      Q.      Okay.  Cool.  All right.  Second, you were

13  working again on May 4, 2017?

14      A.      Yes.

15      Q.      Okay.  While -- while in the course of your

16  duties, did you witness Medical Assistant Lobdell

17  treating inmate Wright?

18      A.      Yes.

19      Q.      And what did you witness?

20      A.      I walked into the treatment room.  He was

21  laying on the treatment table.  And she was taking off --

22  removing his dressing off his right leg.  And then I went

23  back into my office.  I heard him tell her that he didn't

24  want anything on his leg.  No lotions, no ointments,

25  nothing.  He just wanted it rewrapped with a clean

7

1    bandage and that's it.

2         Q.     At this time, did you feel that he was in any

3    distress or in need of emergency medical treatment?

4         A.     No.  No distress at all.

5         Q.     Okay.  Did you have any other interaction

6    with Mr. Wright?

7         A.     No.

8         Q.     Okay.  Okay.  That completes our questioning

9    for Carla.  And it is currently 12:33.  Thank you.

10                        - - -

11              (Whereupon, the interview concluded.)

12                        - - -

13

14

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE


I HEREBY CERTIFY that the above and foregoing is a true and correct transcript of all the testimony introduced and proceedings had in the taking of the testimony in the above-entitled matter, as I heard them from the audio recording to the best of my abilities.


_____
Kelly L. Haase
Court Reporter