**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

## MEDICATION ADMINISTRATION RECORD — WESTWOOD PHARMACY
804-288-1933 · Fax: 804-288-1510

| Effective Dates | Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order: 5·3·17 / Discontinue: 8·3·17 | Xarelto 20mg ① PO / HO  x30d x2R | 8a | | | → | ) | ) | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order: 5·5·17 / Discontinue: x18 doses | IBU 200mg ② PO BID  x18 doses | 8a / 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order: 5·5·17 / Discontinue: x18 doses | Imodium 2mg ① PO BID  x18 doses | 8a / 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order: 5·5·17 / Discontinue: x18 doses | Maalox 30cc PO BID  x18 doses | 8a / 8p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Initial Signature: C. C. Thatio
Initial Signature: R a Dewa

Location: 2C
Allergies: ASA
Inmate Name and Number: Wright, Gregory
Facility: TC - Malvasi
Charting for: 5  Through: 17

Malvasi 000027

DEPO 1

PLAINTIFF'S EXHIBIT 19

**EXHIBIT D**