**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# General Assessment Form
## Trumbull County Jail- Medical Department

Name: Wright Gregory   Date/Time: 5-5-17 12:15a
DOB: [redacted]   Where Seen?: 2C floor

Complaint/ Subjective Data:
Coming off heroine says "I'm sick" + won't tell me anything else

Medications: Xarelto 20mg
Allergies:
Level of Consciousness: A/O x 3    Pupils:
General Appearance: disheveled
Skin Appearance: clammy

Visible Injuries/ Lesions?:

BP:____ P:____ R:____ T:____ SPO2%____

Other Objective Data:
Unable to obtain vitals d/t I/M being uncooperative

Treatment/ Plan:
IBU imodium + maalox x 18 doses

Medical Signature: [signature]   Date: 5-5-17

1/12 CSA

PLAINTIFF'S EXHIBIT 20
PENGAD 800-631-6989
Malvasi 000004