CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# DOCTORS SICK CALL LIST

| NAME | LOCATION | REASON |
|---|---|---|
| [redacted] 5/1/17 CA | 3B | Swollen Abdomen |
| [redacted] | 3C | ↓ 58 |
| [redacted] | 4A | Depressed, Racing thoughts, Anx |
| [redacted] | 4A | Meds |
| [redacted] 3/4/17 Jeff | 2A | (5-5-19) recheck BP |
| [redacted] | 3A | Move to another POD - per Nicholas |
| [redacted] | 2C | meds F/U |
| [redacted] | 4B | poss. cravits |
| [redacted] 5/8/17 CA | [illegible] | sweating |
| [redacted] | 4A | recheck |
| [redacted] | 4AS | med ↓ on Cymbalta ↓ |

CSA 8/16


PLAINTIFF'S EXHIBIT H

Malvasi 000036

**Exhibit H**