**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# OTC NURSING PROTOCOL

- **Tylenol (Acetaminophen) 325mg** (2) bid X 18 Doses
- **Motrin (ibuprofen) 200mg** (2) bid X 18 doses
- **Sudafed 30mg** (1) bid X 3 days—Only 3 orders per month
- **Cough Syrup 10cc** bid X 3 days—Only 3 orders per month
- **Maalox 30cc** bid X 18 doses
- **MOM 30cc** bid X18 doses
- **Antifungal cream** Apply bid X 14 days
- **Hydrocortisone cream** Apply bid X 7 days
- **TAO Apply bid** X 7 days
- **Imodium 2 mg** bid X 18 doses
- **Debrox 10 gtts** bid x 1 week
- **Salt water** rinse/gargle bid X1 week

*Make sure Sudafed is not given out for chronic/ allergy problems. Have them bring in Claritin. Do not give any medications without an order. Check for rashes, wounds or fungal rashes before writing more cream orders
CSA 11/17